## MATLOCK TRUCK BODY AND TRAILER CORPORATION, Petitioner,

v.

## NATIONAL LABOR RELATIONS BOARD, Respondent.

### No. 71–1559.

United States Court of Appeals,
Sixth Circuit.

Feb. 25, 1972.

John T. Conners, Jr., Nashville, Tenn., for petitioner on brief.

Peter G. Nash, Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Abigail Cooley Baskir, Arthur L. Fox II, Attys., N.L.R.B., Washington, D. C., for respondent on brief.

ON PETITION TO REVIEW AND CROSS-PETITION TO ENFORCE AN ORDER OF NATIONAL LABOR RELATIONS BOARD

Before EDWARDS and CELEBREZZE, Circuit Judges, and KEITH,* District Judge.

PER CURIAM.

On consideration of a petition to review and set aside certain findings and orders of the National Labor Relations Board, see 191 N.L.R.B. No. 91 (1971), and a cross-petition to enforce said orders filed by the Board; and after full consideration of the briefs and the appendix filed in this proceeding, and finding substantial evidence on the record considered as a whole for affirmance of the Board's finding that petitioner had violated Section 8(a) (1) of the National Labor Relations Act, 29 U.S.C. § 158(a) (1) (1970), by coercive interrogations and threats, and that there is substantial evidence on

* Honorable Damon J. Keith, United States District Judge for the Eastern District of

the whole record that petitioner also violated § 8(a) (1) (3) and (4) of the Act by discharging three employees because of their protected concerted activities.

The orders of the National Labor Relations Board are enforced.

## Lillian CHERENSKY and David Cherensky, Appellants,

v.

## HOWARD JOHNSON MOTOR COURTS INC., et al.

### No. 19536.

United States Court of Appeals,
Third Circuit.

Argued Feb. 8, 1972.

Decided Feb. 25, 1972.

Edward Greer, Mesirov, Gelman, Jaffe & Levin, Philadelphia, Pa., for appellants.

John J. O'Brien, Jr., Philadelphia, Pa., for appellees.

Before KALODNER, HASTIE and MAX ROSENN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On review of the record, we find no reversible error. The Order of the District Court dated June 24, 1970, entering judgment in favor of the defendants and against the plaintiffs, pursuant to the jury's verdict, will be affirmed.

Michigan, Southern Division, sitting by designation.